IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELTON HAYMAN, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | No. 08-574 |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al., | : | |
| Respondents | : | |

**ORDER**

BERLE M. SCHILLER, J.

FILED JAN - 5 2012 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

AND NOW, this 5 day of JAN, 2012, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER, J.