IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELTON HAYMAN,<br>Petitioner | : | CIVIL ACTION |
| v. | : | No. 08-574 |
| COMMONWEALTH OF<br>PENNSYLVANIA, et al.,<br>Respondents | : | |

### ORDER

BERLE M. SCHILLER, J.

FILED
JAN - 5 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 5 day of JAN, 2012, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER, J.